In the Matter of the Claim of HARRY H. LIEF, Respondent, against A. WALZER & SON, et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

(Argued September 30, 1936; decided October 20, 1936.)

*Jeremiah F. Connor* for appellants.

*Irwin Stern* for claimant, respondent.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* of counsel), for State Industrial Board, respondent.

Order affirmed, with one bill of costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.